IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRICK REENERS | ) |
| | ) |
| v. | ) NO. 3-11-0573 |
| | ) JUDGE CAMPBELL |
| VERIZON COMMUNICATIONS, INC., | ) |
| et al. | ) |

ORDER

Pending before the Court are Defendants' Motion to Compel Arbitration and to Stay Proceedings (Docket No. 10) and Plaintiff's Motion to Deny Without Prejudice or to Defer Ruling on Defendants' Motion to Compel Arbitration and to Stay Proceedings (Docket No. 16). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED, and Plaintiff's Motion is DENIED.

Accordingly, this action is STAYED, pending completion of arbitration. The parties shall notify the Court when the arbitration has been concluded. The Clerk is directed to close this file administratively.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE